UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV LLC,<br><br>    Defendant. | Case No.  15-cv-01986-HSG   (EDL)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE PENDING DECISION ON STAY** |

A Settlement Conference in this case is currently set for November 6, 2015. On Friday, October 30, the parties filed a stipulated request that the presiding judge stay the case pending the resolution of *inter partes* review proceedings ongoing before the Patent Trial and Appeals Board. The presiding judge has not yet ruled on the request to stay. In light of the advance travel preparations required for the parties and counsel to attend the settlement conference, which will be unnecessary if the case is stayed, the Court hereby vacates the settlement conference on November 6, 2015. The settlement conference will be promptly reset if the stipulated request is not granted. If the case is stayed, the parties shall promptly notify this Court of any material events affecting the status of this litigation so that the Court can set a settlement conference as soon as appropriate.

**IT IS SO ORDERED.**

Dated:  November 2, 2015

                                                              ELIZABETH D. LAPORTE
                                                              United States Magistrate Judge