```
1    SHARTSIS FRIESE LLP
     RICHARD F. MUNZINGER (Bar #217902)
2    rmunzinger@sflaw.com
     JOSEPH V. MAUCH (Bar #253693)
3    jmauch@sflaw.com
     One Maritime Plaza, Eighteenth Floor
4    San Francisco, CA 94111
     Telephone: (415) 421-6500
5    Facsimile: (415) 421-2922

6    Kirk Vander Leest, Esq. (Pro Hac Vice)
     James P. Murphy, Esq. (Pro Hac Vice)
7    Rajendra A. Chiplunkar, Esq. (Pro Hac Vice)
     McAndrews, Held & Malloy, Ltd.
8    500 West Madison Street, 34th Floor
     Chicago, Illinois 60661
9    Telephone: (312) 775-8000
     Facsimile: (312) 775-8100
10
     Attorneys for Plaintiff
11   QURIO HOLDINGS, INC.

12   (additional counsel listed on signature page)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br><br>    Plaintiff and Counterclaim defendant,<br><br>v.<br><br>DIRECTV, LLC,<br><br>    Defendant and Counterclaim plaintiff. | Case No. 3:15-cv-01986-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL          CASE NO. 3:15-cv-01986-HSG

WHEREAS, Qurio Holdings, Inc. ("Plaintiff" or "Qurio") commenced the present action against Defendants, DIRECTV LLC ("DIRECTV") alleging infringement of U.S. Patent Nos. 7,787,904, 8,102,863 and 8,879,567, collectively hereinafter, the patents-in-suit; and DIRECTV has denied any infringement of the patents-in-suit and has alleged that the patents-in-suit are invalid.

WHEREAS the parties agree that this action should now be dismissed;

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action.

2. Plaintiff Qurio's dismissal will be with prejudice.

3. Defendant DIRECTV's dismissal will be without prejudice.

4. Each party will bear its own costs and attorneys' fees.

Accordingly, the Parties request that the Clerk of Court now close this case.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted

DATED: July 26, 2016

*/s/ Kirk A. Vander Leest*
**SHARTSIS FRIESE LLP**
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Kirk Vander Leest, Esq. *(Pro Hac Vice)*
James P. Murphy, Esq. *(Pro Hac Vice)*
Rajendra A. Chiplunkar, Esq. *(Pro Hac Vice)*
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000

|  |  |
|---|---|
|  | Facsimile: (312) 775-8100 |
|  | Attorneys for Plaintiff<br>QURIO HOLDINGS, INC. |
| DATED:  July 26, 2016 |  |
|  | */s/ Joseph P. Reid*<br>Joseph P. Reid, Bar No. 211082<br>JReid@perkinscoie.com<br>Thomas N. Millikan, Bar No. 234430<br>TMillikan@perkinscoie.com<br>Kevin J. Patariu, Bar No. 256755<br>KPatariu@perkinscoie.com<br>Michelle N. Berger, Bar No. 290721<br>MCunningham@perkinscoie.com<br>**PERKINS COIE LLP**<br>11988 El Camino Real, Suite 350<br>San Diego, CA  92130-2594<br>Telephone:  858.720.5700<br>Facsimile:  858.720.5799 |
|  | Attorneys for Defendant<br>DIRECTV, LLC |

1 | I, Kirk A. Vander Leest, the filer attest that concurrence from DIRECTV LLC's outside
2 | counsel in the filing of this document has been obtained.

*/s/ Kirk A. Vander Leest*
**SHARTSIS FRIESE LLP**
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Kirk Vander Leest, Esq. *(Pro Hac Vice)*
James P. Murphy, Esq. *(Pro Hac Vice)*
Rajendra A. Chiplunkar, Esq. *(Pro Hac Vice)*
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiff
QURIO HOLDINGS, INC.

**ORDER**

PURSUANT TO STIPULATION, and good cause showing, the Court orders as follows:

1. The action is dismissed pursuant to FRCP 41(a)(1)(A)(ii).
2. Plaintiff Qurio's dismissal is with prejudice; Defendant DIRECTV'S dismissal is without prejudice.
3. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED this 2nd day of August, 2016.

Haywood S. Gilliam Jr.
United States District Judge